FILED
CLERK, U.S. DISTRICT COURT
OCT - 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:05-CR-230-SVW |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| Jose Luis Flores | |
| Defendant. | |

    On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

    The court finds no condition or combination of conditions that will reasonably assure:

    (A) ☒ the appearance of defendant as required; and/or

    (B) ☒ the safety of any person or the community.

//
//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_she will not refrain from substance abuse_
_she will not obey conditions of release_

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_she will not refrain from substance abuse_
_she will not obey conditions of release_

IT IS ORDERED that defendant be detained.

DATED: 10/4/10

*(signature)*
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2